IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | **03 CR 10381 NG** |
| ) | CRIMINAL NO.: |
| v. ) | VIOLATIONS: |
| MARY ELLEN LABRECQUE, ) | |
| a/k/a ELLEN LABRECQUE ) | 18 U.S.C. § 641 - Theft of Public Money |
| ) | and 18 U.S.C. § 1001 - Concealing Material |
| ) | Facts from and Making False Statements |
| Defendant. ) | to Federal Agency |
| ) | |

## INDICTMENT

**COUNT ONE:**   (Title 18, United States Code, Section 641 - Theft of Money Belonging to the United States)

The Grand Jury charges:

From on or about May of 1999 continuing until on or about July 2003, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, did embezzle, steal, forge, purloin and knowingly covert to her own use, money in the approximate amount of $34,808.00, more or less, of the Social Security Administration, an agency of the United States.

All in violation of Title 18, United States Code, Section 641.

**COUNT TWO:** (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about December 1, 2001, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations to the Social Security Administration, to wit: she completed and signed, under the Penalties of Perjury, a Report of Continuing Disability in which she represented her work history since becoming disabled consisted of working part-time three days per week during the months of May through July 2001 and working two to three days per week during the months of September through December 2001, earning $21.00 per hour. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001.

**COUNT THREE:** (Title 18, United States Code, Section 1001 - Concealing Material Facts from a Federal Agency)

The Grand Jury further charges:

On or about December 1, 2001, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully conceal material facts from the Social Security Administration, to wit: she failed to disclose material facts in her Report of Continuing Disability, a statement she signed under the Penalties of Perjury, to wit: the earnings she received from the Commonwealth of Massachusetts, Department of Environmental Protection in 2001.

All in violation of Title 18, United States Code, Section 1001.

**COUNT FOUR:**     (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about April 1, 2002, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations to the Social Security Administration, to wit: in a handwritten letter to the Social Security Administration, signed and dated April 1, 2002, she represented that (1) she was unemployed from May 1998 until May 2001 and (2) for each month from May 2001 through December 2001, she earned less than $300.00 per month from her employment. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001.

**COUNT FIVE:**     (Title 18, United States Code, Section 1001 - Concealing Material Facts from a Federal Agency)

The Grand Jury further charges:

On or about April 1, 2002, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully conceal material facts from the Social Security Administration, to wit: in a signed letter to the Social Security Administration describing her work history for 2001, she concealed her earnings received from the Commonwealth of Massachusetts for that year that exceeded $42,000.00.

All in violation of Title 18, United States Code, Section 1001.

**COUNT SIX:** (Title 18, United States Code, Section 1001 - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about July 11, 2003, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations, to wit: during an interview by Special Agent Jason Donnelly of the Office of Investigations, Inspector General, U.S. Social Security Administration, she represented that (1) from the Spring of 2001 until January 2002, she earned less than $10,000 working for the Commonwealth of Massachusetts, Department of Environmental Protection ("DEP") and (2) she stopped working at the DEP in approximately January 2002 and was unemployed form January 2002 until she left the United States for England in August 2002. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew that these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001.

## FORFEITURE ALLEGATION
## (18 U.S.C. § 981 and 28 U.S.C. § 2461(c))

1.  As a result of the offenses in violation of 18 U.S.C. § 641 charged in Count One of this Indictment, the defendant,

**MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE**

shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

(a)  $34,808.00, more or less, in United States currency.

2.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a

third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be

subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to: (a) the real property located at 25 Barton Street, Newburyport, Massachusetts.

All in violation of Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_Donald J Hamogan_
FOREPERSON OF THE GRAND JURY

_B. Stephanie Siegmann_
B. STEPHANIE SIEGMANN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December _16_ 2003 @ 2:32 PM

Returned into the District Court by the Grand Jurors and filed.

_Roy Brown_
DEPUTY CLERK