# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev 5/98

**IN UNITED STATES**  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. Mary Ellen Labrocque

FOR: _____  AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

1. X Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check):  x Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: _____
District Court: 03-10381-
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now  ☐ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: University of London
- IF YES, how much do you earn per month? $ 2500
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed?  ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 1280   SOURCES: Rent from tenants ended June 30

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 4000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE | DESCRIPTION
250,000 | Condo Nbpt
32,000 | IRA
10,000 | Stocks/Bonds

**DEPENDENTS**
MARITAL STATUS:
X SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $1300 | London | $ | $1300 |
| 1350 | Newburyport mortgage | $120,000 | $1350 |
| 1800-900 | Charge Cards MC D. Visa | $20,000 | $900 |
| 225 | Utilities Both Properties | $ | 225 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) July 2 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]