SCANNED
DATE: 07/16/04
BY: Shy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 03-10381-NG |
| ) | |
| v. ) | Record Owner: |
| ) | Mary Ellen LaBrecque |
| MARY ELLEN LABRECQUE, ) | |
| a/k/a ELLEN LABRECQUE, ) | Property: |
| Defendant. ) | 25 Barton Street |
| ) | Newburyport, Massachusetts |
| ) | |
| ) | Deed |
| | Book 9710, Page 317 |

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has received an Indictment charging above-named defendant Mary Ellen LaBrecque with violations of Title 18, United States Code, Sections 641 and 1001. The Indictment also alleges forfeiture of any and all property, real and personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641, including, but not limited to, $34,808.00, more or less, in United States currency. In addition, and according to the forfeiture allegation of the Indictment, if the $34,808.00, in United States currency, as a result of any act or omission of the defendant:

  (1)  cannot be located upon the exercise of due diligence;
  (2)  has been transferred or sold to, or deposited with, a third person;
  (3)  has been placed beyond the jurisdiction of the Court;
  (4)  has been substantially diminished in value; or

>   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above $34,808.00, more or less, in United States currency, including, but not limited to, the real property located at 25 Barton Street, Newburyport, Massachusetts.

For title to the property, see Deed recorded at Book 9710, Page 317 of the Essex South District Registry of Deeds, in the name of Mary Ellen LaBrecque, reflecting the conveyance of the property on September 23, 1988, by deed of Brabo Real Estate Trust to Mary Ellen LaBrecque.  The property subject to this Lis Pendens is more fully described as follows:

>   The dwelling Unit in Newburyport, Essex County, Massachusetts, known as UNIT NO. 3 in the BRABO CONDOMINIUM located at 25 Barton Street, in said Newburyport, created by the Grantor pursuant to Chapter 183A of the Massachusetts General Laws by a Master Deed dated March 1, 1988 and recorded with Essex South District Registry of Deeds at Book 9434, Page 437, together with a 26.0 per cent undivided interest in the Common Areas and Facilities as described in said Master Deed.

Said Unit contains 1060 square feet, more or less, as shown on the plans filed with said Master Deed.

For title reference, see Deed Book 9710, Page 317.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United State Attorney

                    By:       /s/ B. Stephanie Siegmann
                              _____
                              B. STEPHANIE SIEGMANN
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorneys
                              Suite 9200
                              1 Courthouse Way
                              Boston, MA 02210
                              (617) 748-3100

3

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: July 15, 2004

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 15th day of July, 2004.

_____
Lisa J. Talbot
NOTARY PUBLIC
My Commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
NANCY GERTNER
United States District Judge

Date: 7/27/04

4