UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10381-NG

UNITED STATES OF AMERICA

v.

MARY ELLEN LABREQUE

FINAL STATUS REPORT

October 14, 2004

COHEN, M.J.

A Final Status Conference was held before this court on Thursday, October 14, 2004, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and/orders, to wit:

1. All discovery is complete. No motions are pending;

2. There will be a trial in this case. The parties estimate that trial will last some four trial days;

3. Based upon prior excludable time orders entered by this court, this court finds and concludes that only fourteen (14) days have elapsed on the Speedy Trial Act;

4. The file is hereby ordered returned to the district judge to whom this case is assigned for such action deemed appropriate.

_____
UNITED STATES MAGISTRATE JUDGE