UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
v.                              )    Criminal No. 03-10381-NG
                                )
MARY ELLEN LABRECQUE,           )
     a/k/a ELLEN LABRECQUE,     )
                                )
     Defendant.                 )
```

## GOVERNMENT'S MOTION FOR COURT TO SET A DATE FOR
## INITIAL PRETRIAL CONFERENCE AND TO EXCLUDE TIME

The United States of America, by Assistant U.S. Attorney

B. Stephanie Siegmann, hereby moves this Court to set a date for

the Initial Pretrial Conference (held pursuant to L.R. 117.1) in

this matter.  Additionally, the Government moves to exclude, in

computing the time within which the trial of this matter shall

commence under 18 U.S.C. § 3161(c)(1), the following time period:

November 10, 2004 until the date the Initial Pretrial Conference

is scheduled.  Further, the Government moves that this Court find

that the ends of justice served by the granting the requested

exclusion outweigh the best interest of the public and the

defendant in a speedy trial.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ B. Stephanie Siegmann
                         B. Stephanie Siegmann
                         Assistant U.S. Attorneys

Dated:    November 10, 2004

CERTIFICATE OF SERVICE

    I do hereby certify that a copy of foregoing motion and proposed order was served upon the counsel listed below by electronic notice on this 10th day of November 2004:

Miriam Conrad, Esq.
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

/s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney