UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Defendant, Mary Ellen LaBrecque, respectfully moves that this Court amend her conditions of release to permit her to return to her home and job in London, England.

As grounds for this motion, defendant states that, until the time of her arrest, she had lived and worked in London for nearly two years. Ms. LaBrecque is a lecturer and counselor for first year law students at University of London. Her contract expires in 2005.

Ms. LaBrecque was ordered released on $34,000 bail in this case. In addition, the government has placed a lis pendens in the amount of $34,808 against a home she owns in Newburyport.

Ms. LaBrecque has taken a leave from her job in England. That leave will end in December. If Ms. LaBrecque has not returned to London by January 1, she will lose her job.

This case has been sent to the district court judge for trial. Undersigned counsel has learned that, given the trial judge's current schedule, this case will not go to trial for several months.

Ms. LaBrecque has complied fully with all conditions of pretrial release. In the circumstances of this case, she should

be permitted to return to London until trial.  She is willing to sign a waiver of extradition.

>MARY ELLEN LABRECQUE
>By her attorney,
>
>
>/s/Miriam Conrad
>Miriam Conrad
>   B.B.O. # 550223
>Federal Defender Office
>408 Atlantic Ave., 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061

## CERTIFICATE OF SERVICE

   I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney B. Stephanie Siegmann and Pretrial Services Officer September Lee Brown by delivery on November 15, 2004.

>/s/Miriam Conrad
>Miriam Conrad