UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE,  ) | |
|   a/k/a ELLEN LABRECQUE,  ) | |
| ) | |
|   Defendant.  ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION**
**TO AMEND CONDITIONS OF RELEASE**

The Government respectfully submits this Opposition to Defendant's Motion to Amend Conditions of Release.  By the motion, the Defendant Mary Ellen LaBrecque a/k/a Ellen LaBrecque (the "Defendant") seeks to leave the United States and "return to her home and job in London, England."  For the reasons described below, the Defendant's motion should be denied.

On December 16, 2003, the Defendant was indicted for defrauding the Social Security Administration by making a series of false statements and concealing material facts from them and stealing approximately $34,808 from the United States Government.  At the time the indictment was returned, the Defendant, a Massachusetts lawyer, was teaching legal courses at the University of London.  Accordingly, the indictment was sealed pending the Defendant's return to the United States.

Despite owning a condominium in Newburyport, Massachusetts, the Defendant did not return to the United States until July 1, 2004.  Based upon information obtained from a member of the

Defendant's condominium association and advertisements placed on the internet, the Government believes the principal reason for the Defendant's return to the United States was to sell her property and then return to England.

The Defendant is a dual citizen of the United States and Ireland. As a condition of her release, the Defendant surrendered passports she was issued by both countries. If allowed to return to England, the Government believes there is high probability that the Defendant will not return to face trial on the pending charges.

The Government does not dispute that the Defendant has complied with all conditions of her pretrial release and that a *Lis Pendens* in the amount of $34,808 was recorded at the Registry of Deeds concerning the Defendant's condominium in Newburyport, Massachusetts. Currently, however, the Defendant is facing the prospect, if convicted, of: (1) losing her liberty and being imprisoned for 10-16 months; (2) losing her license to practice law; (3) being convicted of a felony; and (4) being fined up to $30,000 and forfeiting $34,808. The Government therefore opposes allowing the Defendant to return to London until trial.

Moreover, once the Defendant leaves the United States, there is little, if any, incentive for her to return. The Defendant's property could still be sold subject to the *Lis Pendens* notice at the Registry of Deeds. Furthermore, the Defendant's offer to sign a waiver of extradition does not provide any guarantee that

the Defendant could be returned to the United States expeditiously. According to the Office of International Affairs of the U.S. Department of Justice, a waiver of extradition, executed in the United States and approved by a United States Court, would <u>not</u> be enforceable in a foreign jurisdiction, including England or Ireland. As a result, even though the United States and the United Kingdom have an extradition treaty, the extradition process could take years if the Defendant chose to fight extradition. Historically, the extradition process for fugitives in the United Kingdom who have fought extradition has taken, on average, 2-4 years because of the numerous appeals.

For the foregoing reasons, the Government respectfully requests that the Defendant's Motion to Amend Conditions of Release be denied.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:  <u>/s/ B. Stephanie Siegmann</u>
                                        B. Stephanie Siegmann
                                        Assistant U.S. Attorneys

Dated:    November 19, 2004

CERTIFICATE OF SERVICE

    I do hereby certify that a copy of foregoing opposition was served upon the counsel listed below by electronic notice on this 19th day of November 2004:

        Miriam Conrad, Esq.
        Federal Defender Office
        408 Atlantic Avenue
        Boston, MA 02110

        /s/ B. Stephanie Siegmann
        B. Stephanie Siegmann
        Assistant U.S. Attorney