UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
            v.              )    CRIMINAL NO. 03-10381-NG
                            )
MARY ELLEN LABRECQUE        )
```

ASSENTED-TO SECOND MOTION TO AMEND CONDITIONS OF RELEASE
-----

Defendant, Mary Ellen LaBrecque, respectfully moves that this Court amend her conditions of release to allow her to travel throughout the New England states (Vermont, New Hampshire, Maine, Connecticut and Rhode Island) at will, and to travel outside New England, but within the continental United States, on the condition that she provide Pretrial Services with 48 hours' advance notice, including an itinerary.

As grounds for this motion, defendant states that she has lost her position with the University of London and is seeking employment. Her job search may require her to travel outside Massachusetts.

Ms. LaBrecque was ordered released on $34,000 bail in this case. In addition, the government has placed a lis pendens in the amount of $34,808 against a home she owns in Newburyport. Ms. LaBrecque has complied fully with all conditions of pretrial release.

-2-

Assistant U.S. Attorney B. Stephanie Siegmann and Pretrial Services Officer September Brown have indicated that they assent to this motion.

```
                                   MARY ELLEN LABRECQUE
                                   By her attorney,

                                   /s/Miriam Conrad

                                   Miriam Conrad
                                      B.B.O. # 550223
                                   Federal Defender Office
                                   408 Atlantic Ave., 3rd Floor
                                   Boston, MA  02110
                                   Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney B. Stephanie Siegmann and Pretrial Services Officer September Lee Brown by delivery on December 10, 2004.

```
                                   /s/Miriam Conrad

                                   Miriam Conrad
```