

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 21, 2004

***Via Hand Delivery***

Miriam Conrad, Esq.
Federal Public Defender Office
408 Atlantic Avenue
Boston, MA 02110

> Re:  United States v. Mary Ellen LaBrecque a/k/a
>      Ellen LaBrecque
>      <u>Criminal Action No. 03-10381-NG</u>

Dear Attorney Conrad:

I understand that you have informed AUSA Nadine Pellegrini (in my absence) that your client may raise a diminished capacity defense at trial.  The government hereby requests, pursuant to Rule 12.2 of the Rules of Criminal Procedure, written notice of whether the defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt or punishment.

Additionally, pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the government also (1) requests copies of any report or results of any mental examination of the defendant and (2) if the defendant intends to present expert testimony on the defendant's mental condition, the government requests a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence

Attorney Conrad
December 21, 2004
Page 2

as evidence at trial.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney


By:  /s/ B. Stephanie Siegmann
_____    B. Stephanie Siegmann
Assistant U.S. Attorney



cc:  Maryellen Molloy,
Clerk to the Honorable Nancy Gertner