UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                ) | Criminal No. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE,      ) | |
|    a/k/a ELLEN LABRECQUE,  ) | |
| ) | |
|    Defendant.                     ) | |

**ASSENTED-TO GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY**

With the assent of the Defendant, the Government respectfully moves this Court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. § 3161(c)(1), the following time period: December 21, 2004 through May 23, 2005 (trial preparation time requested by the Defendant).  Further, the Government moves pursuant to 18 U.S.C. § 3161(8)(A) that this Court find that the ends of justice served by the granting of the requested exclusion outweigh the best interest of the public and the Defendant in a speedy trial. A proposed Order is attached hereto.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                               By:  /s/ B. Stephanie Siegmann
                                          B. Stephanie Siegmann
                                          Assistant U.S. Attorneys

Dated:    December 23, 2004

<u>CERTIFICATE OF SERVICE</u>

    I do hereby certify that a copy of foregoing motion and proposed order was served upon the counsel listed below by electronic notice on this 23rd day of December 2004:

        Miriam Conrad, Esq.
        Federal Defender Office
        408 Atlantic Avenue
        Boston, MA 02110


        <u>/s/ B. Stephanie Siegmann</u>
        B. Stephanie Siegmann
        Assistant U.S. Attorney