UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE, ) | |
|     a/k/a ELLEN LABRECQUE, ) | |
| ) | |
|     Defendant. ) | |

**ORDER ON EXCLUDABLE DELAY**

    This Court hereby ORDERS the following period of time excludable from the time period within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1): December 21, 2004 through May 23, 2005 (trial preparation time requested by the Defendant). In so doing, this Court finds that the ends of justice served by the granting of the requested exclusions outweigh the best interest of the public and the Defendant in a speedy trial.

    So Ordered.

Dated: _____      _____
                                               Nancy Gertner
                                               United States District Judge