UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff,    )<br>                              )<br>    v.                        )<br>                              )<br>MARY ELLEN LABRECQUE,    )<br>    a/k/a ELLEN LABRECQUE )<br>    Defendant.            )<br>_____) | CR No. 03-CR10381 NG |

**NOTICE OF APPEARANCE**

Please enter my notice of appearance on behalf of the Defendant, Mary Ellen LaBrecque in the above-captioned case.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: February 23, 2005

G:\SSWG\LABRECQUE\Appear.not.wpd