UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE ) | |

<u>MOTION TO WITHDRAW</u>

Undersigned counsel hereby moves to withdraw as counsel for defendant, Mary Ellen LaBrecque. As grounds for this motion, undersigned counsel states that Ms. LaBrecque has retained private counsel, who has filed an appearance in this case.

/s/Miriam Conrad

Miriam Conrad
  B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061