UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>    )<br>    v.  )<br>    )<br>MARY ELLEN LABRECQUE,  )<br>    a/k/a ELLEN LABRECQUE  )<br>    Defendant.  )<br>_____) | CR No. 03-CR10381 NG |

## MOTION TO MODIFY SCHEDULE

The defendant, Mary Ellen Labrecque, hereby moves to modify the current schedule as follows:

a. Continue the trial date to July 11, 2005,
b. To extend the date to notify the government whether the defendant intends to introduce expert evidence relating to mental disease or defect until April 22, 2005.

In support thereof, defendant states as follows:

1. New counsel has entered his appearance and needs the time to prepare the defense.

2. The requested delay will be counted as excludable time under the Speedy Trial Act.

3. The Government has assented to this motion.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: March 16, 2005
Assented to:
/s/ *Stephanie Siegmann*
Assistant United States Attorney        G:\SSWG\LABRECQUE\motion to modify schedule.wpd

-2-