

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Lillian Hirales

April 7, 2005

**VIA ECF**
Mary Ellen Molloy
Courtroom Clerk
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

        RE:    United States v. Ellen LaBrecque
                  <u>Criminal Number 03-10381</u>

Dear Ms. Molloy:

    I am herewith submitting the following materials in this case:

1.    Defendant's Opposition to Sealing of Motion;

2.    Defendant's Request for Leave to File Motions;

3.    Defendant's Motion for Discovery;

4.    Defendant's Motion for a Bill of Particulars;

5.    Defendant's Motion to Dismiss Indictment, and;

6.    Defendant's Motion for Authorizing to Sell Property.

Mary Ellen Molloy, Clerk
April 7, 2005
Page 2

      This is also to request that the Court schedule a conference or hearing on this case as soon as possible in order to resolve a number of matters concerning this case which is scheduled for trial on June 6, 2005 with no further continuances.

                                        Yours truly,

                                        /s/ *Max D. Stern*

MDS/jah

cc:    Stephanie Siegmann, Assistant United States Attorney (Via ECF)