UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,                        )<br>                                                 )<br>          v.                                      )<br>                                                 )<br> MARY ELLEN LABRECQUE,        )<br>          a/k/a ELLEN LABRECQUE )<br>          Defendant.                       )<br>_____) | CR No. 03-CR10381 NG |

## DEFENDANT'S OPPOSITION TO SEALING OF MOTION

Defendant opposes sealing of the government's ex parte motion filed on April 6, 2005. Defendant states that she is entitled at least to some notice of the character of the motion filed and of the basis of the government's request to seal. Defendant doubts that there can be any legitimate basis to seal a motion by the government, especially so close to the trial:

1. If the motion is for disclosure of return information pursuant to 26 U.S.C. §6103 (i), there is no basis for sealing the request since defendant would be, in any event, entitled to disclosure to her, pursuant to 26 U.S.C. §6103(e)(1)(A)(i), (e)(7), (i)(4)(A)(ii), and F.R. Crim. P. 16.

2. If the motion is to relieve the government of any obligation to make timely discovery, pursuant to F.R. Crim. P. 16 (d), there is no conceivable basis for such a request as to this defendant.

          Respectfully submitted,

          /s/ *Max D. Stern*
          Max D. Stern
          BBO No. 479560
          Stern, Shapiro, Weissberg
           & Garin, LLP
          90 Canal Street, Suite 500
          Boston, MA 02114-2022
          (617) 742-5800

Dated: April 7, 2005

G:\SSWG\LABRECQUE\Opposition to sealed motion.wpd