UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
      Plaintiff,              )
                         )
          v.            )        CR No. 03-CR10381 NG
                         )
MARY ELLEN LABRECQUE,       )
      a/k/a ELLEN LABRECQUE )
      Defendant.        )
_____)

## DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTIONS

      Defendant requests leave to file the accompanying Motion for Discovery and the Motion for Bill of Particulars.  In support, defendant says as follows:

      1.  The motions are filed after the initial 42 period set forth in Local Rule 116.3(J), and prior to the 14 days period after defendant's request to the government set forth in Local Rule 116.3(G) .

      2.  Counsel has only recently entered his appearance in this case.

      3.  The Court has set the case for trial on June 6, and there is therefore little time to prepare the defense.

      4.  The information sought is material and necessary to the defense of this case.

                     Respectfully submitted,

                     /s/ Max D. Stern
                     Max D. Stern
                     BBO No. 479560
                     Stern, Shapiro, Weissberg
                      & Garin, LLP
                     90 Canal Street, Suite 500
                     Boston, MA 02114-2022
                     (617) 742-5800

Dated: April 7, 2005

G:\SSWG\LABRECQUE\Motion for leave to file.wpd