UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br> MARY ELLEN LABRECQUE, )<br>  a/k/a ELLEN LABRECQUE )<br>  Defendant. )<br> _____) | CR No. 03-CR10381 NG |

**DEFENDANT'S MOTION FOR DISCOVERY**

Defendant moves that the Court order the government to provide her with:

1. The following documents which should be in the defendant's Social Security Disability file:

   a. The original award certificate, with any accompanying documents, sent to Ms. Labreque following the favorable disability decision in 1996.

   b. Any documents or notices sent to Ms. Labreque setting forth standards for disability eligibility or continuing eligibility and reporting obligations.

   c. The February 11, 2002 letter from SSA to Ms. Labreque from SSA which is referenced by her on her February 20, 2002 "Work Activity Report."

   d. Reports of Contact between Ms. Labreque and Mr. Gordon. ("Reports of contact" are standard SSA file memoranda; Mr. Gordon is the person to whom Ms. LaBrecque addressed the letter alleged in Count Four and Five).

2. All documents recording or summarizing statements of the defendant, including all contemporaneous agent notes or documents recording interviews, meetings and contact with Ms. Labrecque. (Contemporaneous notes should have been preserved pursuant to Local Rule 116.9.)

In support thereof, defendant says that the government is obliged to produce the requested documents by F.R.Crim.P. 16, Local Rules 116.1(C) and 116.2, and 116.9, and the Due Process Clause of the Fifth Amendment.  Defendant certifies that defense counsel previously requested this information by letter of April 1, 2005, but has had no response from the government.

        Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: April 7, 2005

G:\SSWG\LABRECQUE\discovery motion.wpd