UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>                                 )<br>      v.                   )<br>                                 )<br>MARY ELLEN LABRECQUE, )<br>    a/k/a ELLEN LABRECQUE )<br>    Defendant. ) | CR No. 03-CR10381 NG |

## **AFFIDAVIT OF KATHLEEN KUGELMANN**

I, Kathleen Kugelmann, hereby depose and say under the penalties of perjury as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts and an Assistant General Counsel of the Massachusetts Department of Mental Health. My office is located at the Quincy Mental Health Center, 460 Quincy Avenue, Quincy, MA 02169.

2. I am a law school classmate and long-time friend of the defendant in this case, Ellen LaBrecque.

3. On April 6, 2005, I was at home when I received a call from my paralegal to inform me that two IRS agents had been there to see me. She gave me the telephone number they had left. I called and was connected to a Mr. Charles C. Blackmore. Mr. Blackmore identified himself as a special agent of the IRS. He told me that I was a "potential witness in a grand jury investigation involving [Ms.] LaBrecque." He asserted that Ellen and I had previously been law partners. I told him that I had never been a law partner of Ms. LaBrecque. He then responded that they actually wanted to know about a letter of recommendation I had written on Ellen's behalf, and to know "what I could tell [them] about her as a person."

4. In fact I did write a letter of recommendation for Ms. LaBrecque, in June 2002, in

4.  In fact I did write a letter of recommendation for Ms. LaBrecque, in June 2002, in support of her employment at the University of London. A copy of that letter is attached hereto.

5.  At the end of our telephone conversation, we made an appointment to meet on Friday, April 8th.

6.  On April 7th, I called Mr. Blackmore. I left him a voice mail message that, while I continued to be willing to meet with them and to tell them what I know about Ellen LaBrecque, inasmuch as she is currently a defendant in a criminal case being prosecuted by the government, I thought it was only fair that her counsel be present at the interview, as well.

7.  Later on April 7, Mr. Blackmore left me a return voice mail, which stated as follows: "If I understand your message right, you're requesting that as part of our investigation that we meet with you and MaryEllen LaBrecque's attorney at the same time. Well, this is a grand jury investigation and if you feel uncomfortable talking with just us that's fine. What we'll do is deliver a grand jury subpoena and you can just testify in grand jury. If you would prefer to do it some other way, and we would prefer and we would actually want to speak with you and only you and not with Ms. LaBrecque or anybody else [emphatically] present unless you decide you want a lawyer. Otherwise we'll just deliver a grand jury subpoena. I can reached at .... 617-201-4117 and if I don't hear from you I will assume you do not wish to speak with us and I'll see you sometime next week."

Signed under the penalties of perjury.

Kathleen M. Kugelmann

Dated: 4-7-05

Human Resources Department                                  June 10, 2002
School of Oriental and African Studies
Thornhaugh Street, Russell Square, London
WCIH OXG

Re: M. Ellen LaBrecque, Esquire

To Whom It May Concern:

    I am writing this letter of recommendation on behalf of Attorney M. Ellen LaBrecque who I have known professionally since 1986. It is my understanding that Attorney LaBrecque is pursuing a position as a member of your faculty. I am quite familiar with Attorney LaBrecque's professional experience and her academic achievements.
    Ellen has an excellent legal mind and strong research and writing skills. She has proved herself an energetic and imaginative advocate in practice. She developed a solid background in environmental law, tort and litigation and is well respected in the court system. By far Ellen's strongest ability is her communication and teaching skills. As an adjunct professor she combined her technical and legal expertise with a Socratic style that ignited her classrooms. Ellen has a strong commitment to pursue an academic career and has made numerous sacrifices to reaching her goals. Her decision to attain an LLM in International Law in addition to her Juris Doctorate was both a financial and personal sacrifice. Her determination to continually improve her knowledge and skills typifies her professionalism and commitment.
    Ellen will take on difficult challenges with grace and tenacity. Her personality is remarkable and engaging. And, her integrity is above reproach. I am certain that you will find the achievements that Ellen has accomplished in her career will be an asset to you faculty. I am also confident that Ellen will prove to be one of the most popular and effective lecturer's in your department. I will certainly miss Ellen if she leaves Massachusetts, however, I do know that she is determined to teach and publish.
    Please feel free to contact me if you would like any further information about this candidate.

Sincerely,


Kathleen M. Kugelmann, Esquire
Assistant General Counsel
Commonwealth of Massachusetts
Kathleen.Kugelman@ dmh.state.us