UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARY ELLEN LABRECQUE, )<br>    a/k/a ELLEN LABRECQUE )<br>    Defendant. )<br>_____ ) | CR No. 03-CR10381 NG |

## AFFIDAVIT OF MAX D. STERN

I, Max D. Stern, hereby state under the penalties of perjury:

1. I received a discovery package from the government on or about March 21, 2005, which contained various documents from the University of Nottingham and the University of London.

2. I spoke to Assistant United States Attorney Stephanie Siegmann at the time. She told me that the purpose of the documents would be to counter any defense based upon Ms. LaBrecque's mental condition.

3. Included in the package was a letter, dated June 10, 2002, from Kathleen Kugelmann to the Human Resources Department of the University of London. The letter is attached hereto. Signed under the penalties of perjury:

                                                                          /s/ Max D. Stern
                                                                          Max D. Stern

Dated: April 8, 2005.

G:\SSWG\LABRECQUE\Affidavit of Max D. Stern.wpd

Human Resources Department                    June 10, 2002
School of Oriental and African Studies
Thornhaugh Street, Russell Square, London
WCIH OXG

Re: M. Ellen LaBrecque, Esquire

To Whom It May Concern:

    I am writing this letter of recommendation on behalf of Attorney M. Ellen LaBrecque who I have known professionally since 1986. It is my understanding that Attorney LaBrecque is pursuing a position as a member of your faculty. I am quite familiar with Attorney LaBrecque's professional experience and her academic achievements.
    Ellen has an excellent legal mind and strong research and writing skills. She has proved herself an energetic and imaginative advocate in practice. She developed a solid background in environmental law, tort and litigation and is well respected in the court system. By far Ellen's strongest ability is her communication and teaching skills. As an adjunct professor she combined her technical and legal expertise with a Socratic style that ignited her classrooms. Ellen has a strong commitment to pursue an academic career and has made numerous sacrifices to reaching her goals. Her decision to attain an LLM in International Law in addition to her Juris Doctorate was both a financial and personal sacrifice. Her determination to continually improve her knowledge and skills typifies her professionalism and commitment.
    Ellen will take on difficult challenges with grace and tenacity. Her personality is remarkable and engaging. And, her integrity is above reproach. I am certain that you will find the achievements that Ellen has accomplished in her career will be an asset to you faculty. I am also confident that Ellen will prove to be one of the most popular and effective lecturer's in your department. I will certainly miss Ellen if she leaves Massachusetts, however, I do know that she is determined to teach and publish.
    Please feel free to contact me if you would like any further information about this candidate.

Sincerely,


Kathleen M. Kugelmann, Esquire
Assistant General Counsel
Commonwealth of Massachusetts
Kathleen.Kugelman@ dmh.state.us