UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>                                                       )<br>       v.  )<br>                                                       )<br>MARY ELLEN LABRECQUE,  )<br>    a/k/a ELLEN LABRECQUE  )<br>    Defendant.  )<br>_____) | CR No. 03-CR10381 NG |

## MOTION FOR LEAVE TO ENCUMBER PROPERTY

The defendant moves for leave to further encumber her property in order to give security for her legal expenses in this case. In support thereof, defendant says as follows:

1. She is the owner of a home at 25 Barton Street, Newburyport.

2. This property is the subject of a third mortgage in the amount of $34,000 to the Clerk of this Court as security for her appearance.

3. In the mortgage to the Clerk, the defendant undertook to create no further encumbrances.

4. The defendant wishes to give a further mortgage to her counsel as security for her legal expenses in this case. If permitted, that mortgage will provide that in no event may it be foreclosed prior to final judgment in this case.

                                                                  Respectfully submitted,

                                                                    /s/ Max D. Stern
                                                                    Max D. Stern
                                                                    BBO No. 479560
                                                                    Stern, Shapiro, Weissberg
                                                                     & Garin, LLP
                                                                    90 Canal Street, Suite 500

Dated: April 11, 2005                          Boston, MA 02114-2022
G:\SSWG\LABRECQUE\motion to encumber.wpd         (617) 742-5800