UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>         Plaintiff,             )<br>                                 )<br>         v.                         )<br>                                 )<br>MARY ELLEN LABRECQUE,   )<br>    a/k/a ELLEN LABRECQUE )<br>         Defendant.              )<br>_____) | CR No. 03-CR10381 NG |

### NOTICE PURSUANT TO F.R.CRIM.P. 12.2(b)

The defendant hereby gives notice that she intends to introduce expert evidence relating to her mental condition at trial.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: April 12, 2005.

G:\SSWG\LABRECQUE\notice pursuant to Rule 12.2.wpd