UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>)     Criminal No. 03-CR10381-NG<br>MARY ELLEN LABRECQUE,     )<br>    a/k/a ELLEN LABRECQUE   )<br>          defendant.              )<br>                                              ) | |

### *ASSENTED-TO* MOTION
### FOR APPROVAL OF ATTACHMENT OF REAL PROPERTY

Pursuant to Mass. Gen. L. Ch. 223, § 42 et seq., the United States, through undersigned counsel, hereby moves that the Court approve the attachment in the amount of $34,808 of any and all right, title and interest of the defendant, Mary Ellen Labrecque a/k/a Ellen Labrecque (the "Defendant") in or to the following real property:

> The dwelling Unit in Newburyport, Essex County, Massachusetts, known as UNIT NO. 3 in the BRABO CONDOMINIUM located at 25 Barton Street, in said Newburyport, created by the Grantor pursuant to Chapter 183A of the Massachusetts General Laws by a Master Deed dated March 1, 1988 and recorded with Essex South District Registry of Deeds at Book 9434, Page 437, together with a 26.00 per cent undivided interest in the Common Area and Facilities as described in said Master Deed, the title to which is recorded at the Essex South District Registry of Deeds at Book 9710, Page 317 (the "Property").

In support hereof, the United States submits:

   1.  On December 16, 2003, an Indictment was returned, charging the Defendant with violations of 18 U.S.C. § 641, inter alia. The Indictment also alleges forfeiture of any and all property, real and personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641, including without limitation $34,808 in United States currency, or substitute assets in a value up to $34,808, pursuant to 12 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(C) and 28 U.S.C. § 2461(c).

   2.  As set forth in the forfeiture allegations of the Indictment, the United States intends to seek forfeiture of the Property, up to the value of $34,808, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). On July 27, 2004, this Court endorsed a Lis Pendens, which was recorded at Essex South District Registry of Deeds on August 9, 2004, providing

notice of the United States' intention to seek forfeiture of the Property, up to the value of $34,808.

3.  The Defendant moved for authorization to sell the Property, and for permission to further encumber the Property. The United States opposes those motions only to the extent they do not afford adequate protection of the United States' interest in the Property.

4.  An attachment of the Property, in the form submitted herewith, would adequately protect the United States' interest in the Property.

5.  The Defendant has assented to this Motion, and to the proposed Finding and Order of Approval of Attachment of Real Property submitted herewith.

WHEREFORE, the United States requests that this Court approve the proposed attachment in the amount of $34,808 on any and all right, title and interest in or to the Property, in the form submitted herewith.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By:  /s/ Kristina E. Barclay
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney
     United States Courthouse
     One Courthouse Way
     Suite 9200
     Boston, Massachusetts 02210
     (617) 748-3371

Dated: April 18, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the above document was served upon the attorney of record for the defendant, Max D. Stern, Esq., Stern, Shapiro, Weissberg & Garin, LLP, 90 Canal Street, Suite 500, Boston, MA 02114, by first class mail, on April 18, 2005.

/s/ Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorney