UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)           Criminal No. 03-CR10381-NG<br>MARY ELLEN LABRECQUE,          )<br>   a/k/a ELLEN LABRECQUE  )<br>      defendant.                           )<br>                                                         ) | |

**FINDING AND ORDER OF APPROVAL
OF ATTACHMENT OF REAL PROPERTY**

Upon an <u>Assented-to</u> Motion for Approval of Attachment of Real Property, and upon consideration thereof, this Court hereby approves the attachment of any right, title or interest of Defendant Mary Ellen Labrecque, a/k/a Ellen Labrecque, in or to the following real property located in Massachusetts, in the amount of $34,808:

> The dwelling Unit in Newburyport, Essex County, Massachusetts, known as UNIT NO. 3 in the BRABO CONDOMINIUM located at 25 Barton Street, in said Newburyport, created by the Grantor pursuant to Chapter 183A of the Massachusetts General Laws by a Master Deed dated March 1, 1988 and recorded with Essex South District Registry of Deeds at Book 9434, Page 437, together with a 26.00 per cent undivided interest in the Common Area and Facilities as described in said Master Deed, the title to which is recorded at the Essex South District Registry of Deeds at Book 9710, Page 317.

Dated:_____                            _____
                                                                                       NANCY GERTNER
                                                                                       United States District Judge