UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 03-CR10381-NG<br>)<br>MARY ELLEN LABRECQUE, )<br>    a/k/a ELLEN LABRECQUE )<br>    defendant. )<br>) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR LEAVE TO ENCUMBER PROPERTY
AND MOTION FOR AUTHORIZATION TO SELL PROPERTY**

Defendant Mary Ellen Labrecque has moved for leave to further encumber the real property located at 25 Barton Street, Newburyport, Massachusetts (the "Property"), and for an order authorizing her to sell the Property. The United States submits the following response to both motions:

1. On this date, the United States has filed an *Assented-to* Motion for Approval of Attachment of Real Property, requesting that the Court approve the attachment of any right, title or interest of the defendant in the Property, in the amount of $34,808, on the proposed Finding and Order of Approval of Attachment of Real Property submitted with the Motion.

2. If the Court endorses the proposed Finding and Order of Approval of Attachment of Real Property, the United States does not oppose the defendant's Motion for Leave to Encumber Property.

3. If the Court endorses the proposed Finding and Order of Approval of Attachment of Real Property, the United States opposes the Defendant's Motion for Authorization to Sell Property only to the extent that it requests an order authorizing the defendant to sell the Property for not less than $197,808. According to the Motion to Sell, the three mortgages on the Property total $165,000, and the defendant proposes to deposit $34,808, the amount recited in the Forfeiture Allegations of the Indictment and in the Lis Pendens recorded against the Property, in escrow. The total of the mortgages and the proposed escrow is $199,808 (not $197,808). Accordingly, if the Court endorses the proposed Finding and Order of Approval of Attachment

of Real Property, the United States would not object to an order authorizing the defendant to sell the Property for not less than $199,808. Depositing $34,808 in escrow pending resolution of this case will ensure that there are funds available for forfeiture and/or restitution.

    4.  The United States reserves the right to submit a further opposition to the defendant's Motion for Leave to Encumber and the Motion for Authorization to Sell Property, in the event that the Court does not endorse the proposed Finding and Order of Approval of Attachment of Real Property.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Kristina E. Barclay
        KRISTINA E. BARCLAY
        Assistant U.S. Attorney
        United States Courthouse
        One Courthouse Way
        Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3371

Dated: April 18, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above document was served upon the attorney of record for the defendant, Max D. Stern, Esq., Stern, Shapiro, Weissberg & Garin, LLP, 90 Canal Street, Suite 500, Boston, MA 02114, by first class mail, on April 18, 2005.

        /s/ Kristina E. Barclay
        KRISTINA E. BARCLAY
        Assistant U.S. Attorney