IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO: 03-10381-NG |
| ) | |
| v. ) | VIOLATIONS: |
| MARY ELLEN LABRECQUE, ) | |
| a/k/a ELLEN LABRECQUE, ) | 18 U.S.C. § 641 - Theft of Public Money |
| ) | and 18 U.S.C. § 1001 - Concealing Material |
| ) | Facts from and Making False Statements |
| Defendant. ) | to a Federal Agency |
| ) | |

## SUPERSEDING INDICTMENT

<u>COUNT ONE</u>:   (Title 18, United States Code, Section 641 - Theft of Money Belonging to the United States)

The Grand Jury charges:

From on or about May of 1999 continuing until on or about July 2003, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE,

the defendant herein, willfully and knowingly did embezzle, steal, purloin and convert to her own use, money in the approximate amount of $34,808.00, more or less, of the Social Security Administration, an agency of the United States.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO: (Title 18, United States Code, Section 1001(a)(2) - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about December 1, 2001, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE,

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations to the Social Security Administration, to wit: she completed and signed, under the Penalties of Perjury, a Report of Continuing Disability in which she represented her work history since becoming disabled in 1992 as consisting of working part-time three days per week during the months of May through July 2001 and working two to three days per week during the months of September through December 2001, earning $21.00 per hour. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT THREE:** (Title 18, United States Code, Section 1001(a)(1) - Concealing Material Facts from a Federal Agency)

The Grand Jury further charges:

On or about December 1, 2001, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE,

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully conceal by trick, scheme, and device material facts from the Social Security Administration, in that she failed to disclose in the work history section of her Report of Continuing Disability, a statement she signed under the Penalties of Perjury, the amount of earnings she received from the Commonwealth of Massachusetts in 1999 and 2001.

All in violation of Title 18, United States Code, Section 1001(a)(1).

**COUNT FOUR:**     **(Title 18, United States Code, Section 1001(a)(2) - Making False Statements to Federal Agency)**

The Grand Jury further charges:

On or about April 1, 2002, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations to the Social Security Administration, to wit: in a handwritten letter to the Social Security Administration, signed and dated April 1, 2002, regarding her eligibility to continue to receive disability benefits, the Defendant represented that (1) she was unemployed from May 1998 until May 2001 and (2) for each month from May 2001 through December 2001, she earned less than $300.00 per month from her employment. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT FIVE:** (Title 18, United States Code, Section 1001(a)(1) - Concealing Material Facts from a Federal Agency)

The Grand Jury further charges:

On or about April 1, 2002, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully conceal by trick, scheme, and device material facts from the Social Security Administration, to wit: in a signed letter to the Social Security Administration regarding her eligibility to continue to receive disability benefits, when describing her work history of the year 2001, the Defendant concealed the amount of her earnings received from the Commonwealth of Massachusetts for that year, which exceeded $39,000.00.

All in violation of Title 18, United States Code, Section 1001(a)(1).

**COUNT SIX:** (Title 18, United States Code, Section 1001(a)(2) - Making False Statements to Federal Agency)

The Grand Jury further charges:

On or about July 11, 2003, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE

the defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false statements and representations, to wit: during an interview by Special Agent Jason Donnelly of the Office of Investigations, Inspector General, U.S. Social Security Administration, she represented that (1) from the Spring of 2001 until January 2002, she earned less than $10,000 working for the Commonwealth of Massachusetts, Department of Environmental Protection ("DEP") and (2) she stopped working at the DEP in approximately January 2002 and was unemployed from January 2002 until she left the United States for England in August 2002. Defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE knew that these statements and representations were false at the time she made them.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION
## (18 U.S.C. § 981 and 28 U.S.C. § 2461(c))

1. As a result of the offenses in violation of 18 U.S.C. § 641 charged in Count One of this Indictment, the defendant,

**MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE**

shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

(a) $34,808.00, more or less, in United States currency.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to: (a) the real property located at 25 Barton Street, Newburyport, Massachusetts.

All in violation of Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
B. STEPHANIE STEGMANN
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; April 20, 2005 @ 12:50PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** SSA/OIG

**City** Newburyport         **Related Case Information:**

**County** Essex             Superseding Ind./ Inf.  X        Case No.  03-10381-NG
                             Same Defendant  X       New Defendant _____
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mary Ellen LaBrecque            Juvenile   ☐ Yes   ☒ No

Alias Name   Ellen LaBrecque

Address   25 Barton St., Newburyport, MA

Birth date (Year only):  1952   SSN (last 4 #):  7878   Sex  F   Race:  Caucasian   Nationality: _____

Defense Counsel if known:  Max Stern          Address:  90 Canal Street, Boston, MA 02114

Bar Number: _____

**U.S. Attorney Information:**

AUSA   B. Stephanie Siegmann         Bar Number if applicable  638257

Interpreter:   ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes   ☒ No

☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:   July 1, 2004

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Judge Bowler   on  July 2, 2004

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 20, 2005      Signature of AUSA: *[signature]*

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Mary Ellen LaBrecque a/k/a Ellen LaBrecque

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of Money Belonging to the United States | 1 |
| Set 2 | 18 U.S.C. § 1001(a)(2) | Making False Statements to Federal Agency | 2, 4, 6 |
| Set 3 | 18 U.S.C. § 1001(a)(1) | Concealing Material Facts from Federal Agency | 3, 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**