# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>MARY ELLEN LABRECQUE, )<br>    a/k/a ELLEN LABRECQUE )<br>    Defendant. )<br>_____) | CR No. 03-CR10381 NG |

### NOTICE PURSUANT TO F.R.CRIM.P. 12.2(b)

The defendant hereby gives notice that she intends to introduce expert evidence relating to her mental condition at trial.

                                            Respectfully submitted,

                                            /s/ *Max D. Stern*
                                            Max D. Stern
                                            BBO No. 479560
                                            Stern, Shapiro, Weissberg
                                             & Garin, LLP
                                            90 Canal Street, Suite 500
                                            Boston, MA 02114-2022
                                            (617) 742-5800

Dated: April 12, 2005.

G:\SSWG\LABRECQUE\notice pursuant to Rule 12.2.wpd