# ATTACHMENT B

**STERN**
**SHAPIRO**
**WEISSBERG**
**& GARIN** LLP

a t t o r n e y s   a t   l a w

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Lillian Hirales

April 12, 2005

**By Mail and Email**

Stephanie Siegmann
Assistant United States Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

   Re: United States v. Mary Ellen LaBrecque
     Cr. No. 03-10381
     <u>Response pursuant to Rule 16(b) concerning mental condition testimony</u>

Dear Ms. Siegmann:

   Pursuant to F.R.Crim.P. 16(b), this is to advise you of the following:

   1.  There are no reports or results of any mental examinations of the defendant.

   2.  Defendant expects to call Michael Bennett, M.D. as an expert witness at trial.  Dr. Bennett will testify on the basis of his knowledge of the defendant, which he has obtained in the course of his care and treatment of her since in or about 1992.  Without limitation, he is expected to testify as follows: She has a diagnosis of Bipolar Disorder.  He has treated her with psychotherapy and with various medications, including Lithium.  She is a responsive, open and compliant patient.  Her disorder involves mood swings, including both depressed and manic states.  When suffering from a mood swing, and for a significant time afterward, the defendant would have impairment of her cognitive functions, including an inability to focus, distractability, and a tendency to be overly spontaneous, careless, and impulsive. When not symptomatic, however, she can be extremely productive.  During the course of Dr. Bennett's treatment, the defendant also experienced other serious physical health, family

Stephanie Siegmann
Assistant United States Attorney
April 12, 2005
Page -2-

and other personal problems, all of which exacerbated her mental condition and symptoms. In Dr. Bennett's opinion, the defendant, at various times, depending on the extent of her symptoms at the time, would be unable to form the mental state necessary to make a wilfully and knowingly false statement.

Yours truly,

Max D. Stern