# ATTACHMENT D

# STERN SHAPIRO WEISSBERG & GARIN LLP
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin F. Levin
Kenneth M. Resnik
Lillian Hirales

April 19, 2005

**By Mail and Email**

Stephanie Siegmann
Assistant United States Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

    Re:  United States v. Mary Ellen LaBrecque
          Cr. No. 03-10381

Dear Ms. Siegmann:

    This is in response to your letter of April 13, 2005:

    1. The defendant does not plan to present an insanity defense.

    2. Dr. Bennett bases his opinions on observations made during the course of his long-term treatment of the defendant, as well as his education, background and experience in the field of psychiatry. I expect him to testify that defendant suffered from Bipolar Disorder throughout the period of treatment, although, as is characteristic of the disorder, the nature and extent of the symptoms varied from time to time. He will not be asked whether, in his opinion, the allegedly false statements were actually willfully or knowingly made.

    3. Dr. Bennett's treatment notes do not constitute reports or results of mental examinations.

Yours truly,

Max D. Stern

G:\SSWG\LABRECQUE\AUSA ltr 3.wpd