THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MARY ELLE LABRECQUE<br>a/k/a ELLEN LABRECQUE,<br><br>Defendant. | CRIMINAL NO. 03-CR10381-NG |

## NOTICE OF APPEARANCE

1. Please enter my appearance as counsel on behalf of Countrywide Home Loans, Inc. (hereinafter "Countrywide), the current holder of the first mortgage and the second mortgage with respect to the property located at 25 Barton Street, Unit #3, Newburyport, Massachusetts 01950 (hereinafter the "Property").

2. On or about September 21, 2001, Mary Ellen Labrecque, executed a Note in the original principle amount of $119,000.00.

3. On or about September 21, 2001, Mary Ellen Labrecque (hereinafter "Labrecque"), executed a Mortgage in the original principle amount of $119,000.00 secured by the Property. A true and accurate copy of the Mortgage is attached hereto as Exhibit A.

4. On or about August 8, 2002, Labrecque, executed a Home Equity Credit Line Agreement and Disclosure Statement ("Agreement") in the original principle amount of $30,000.00. A true and accurate copy of the Agreement is attached hereto as Exhibit B.

5. On or about August 8, 2002, Labrecque, executed a Mortgage Line of Credit in the original principle amount of $30,000.00 secured by the Property. A true and accurate copy of the Mortgage is attached hereto as Exhibit C.

6. Countrywide Home Loans, Inc. had no knowledge of any alleged wrongdoing by Labrecque, and should not be prejudiced by any misconduct.

7. As the holder of the first mortgage and the line of credit, the debts owed to Countrywide Home Loans, Inc. should be satisfied, before any funds from the sale of the Property are distributed or confiscated by any party.

<div style="margin-left: 50%">

Respectfully submitted,
COUNTRYWIDE HOME LOANS, INC.
By its attorneys,

_____
Veronica Viveiros
BBO #631233
David M. Rosen
BBO # 552866
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0389
(617) 558-0500

</div>

May 3 , 2005