UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE, ) | |
|     a/k/a ELLEN LABRECQUE, ) | |
| ) | |
|     Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR A BILL OF PARTICULARS**

The United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby responds to Defendant's Motion for a Bill of Particulars. Pursuant to this Court's Order, the bill of particulars for Count I, violation of 18 U.S.C. §641, is as follows:

1. On or about September 15, 1994, defendant MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE ("LABRECQUE") applied for social security disability benefits. In this application, LABRECQUE agreed to notify the Social Security Administration if her medical condition improved so that she could go to work and if she went to work whether as an employee or self-employed person.

2. Between on or about July 1996 and on or about July 2003, the Social Security Administration paid LABRECQUE monthly disability benefits.

3. Between in or about September 1994 and in or about October 2002, LABRECQUE was notified by the Social Security

      Administration in her initial application and subsequent correspondence, including but not limited to, Reports of Continuing Disability and letters regarding the status of her claim of disability, of her duty to report to the Social Security any changes to (1) her medical condition, (2) ability to work, and (3) work and earnings.

4. Between in or about February 1999 to in or about September 1999, LABRECQUE worked for the Commonwealth of Massachusetts, Department of Human Resources, and was paid in excess of $11,000. On the Employee's Withholding Allowance Certificate (W-4 Form) LABRECQUE submitted to the Commonwealth of Massachusetts in 1999, LABRECQUE listed ▮▮▮▮▮, an employer identification number, in box #2 marked "Your social security number."

5. Between in or about February 2001 to in or about December 2001, LABRECQUE worked for the Commonwealth of Massachusetts, Department of Environmental Protection, and was paid in excess of $39,000.00. On the Employee's Withholding Allowance Certificate (W-4 Form) LABRECQUE submitted to the Commonwealth of Massachusetts in 2001, LABRECQUE listed 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, an employer identification number, in box #2 marked "Your social security number."

6. Between in or about January 2002 to in or about July 2002, LABRECQUE worked for the Commonwealth of Massachusetts, Department of Environment Protection, and was paid in excess

of $22,000.00.

7. LABRECQUE did not notify the Social Security Administration when she began working for the Commonwealth of Massachusetts in February 1999.  At no time did LABRECQUE notify the Social Security Administration of her work and earnings from the Commonwealth of Massachusetts in 1999.

8. LABRECQUE also did not notify the Social Security Administration when she began working for the Department of Environmental Protection in or about February 2001.  Prior to December 2001, LABRECQUE had not reported to the Social Security Administration that she had worked or received any earnings in 2001.

9. In response to written requests from the Social Security Adminstration, between December 2001 and April 2002, LABRECQUE submitted to the Social Security Adminstration a completed and signed Continuing Report of Disability and Letter, which described her work and earnings received from 1998-2002.  In these documents, LABRECQUE concealed, and made false statements concerning, the amount of her earnings received from the Commonwealth of Massachusetts in 1999, 2001-2002.  See acts alleged in Counts 2-5.

10. At no time did LABRECQUE notify the Social Security Administration of her work and the earnings she received in 2002 from the Commonwealth of Massachusetts.

11. As a result, LABRECQUE willfully and knowingly, embezzled,

stole, purloined, and converted to her own use approximately $34,808.00 (in the form of disability benefits), more or less, of the Social Security Administration.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

              By: /s/ B. Stephanie Siegmann
                    B. Stephanie Siegmann
                    Assistant U.S. Attorney

Dated: May 20, 2005

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of foregoing opposition was served upon the counsel listed below by electronic notice on this 20th day of May 2005:

                Max D. Stern, Esq.

                /s/ B. Stephanie Siegmann
                B. Stephanie Siegmann
                Assistant U.S. Attorney