UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10381-NG |
| ) | |
| MARY ELLEN LABRECQUE, ) | Violation: |
| a/k/a ELLEN LABRECQUE, ) | 18 U.S.C. § 641 |
| ) | (Theft of Public Money) |
| Defendant. ) | |

### SUPERSEDING INFORMATION

**COUNT ONE:**   (18 U.S.C. § 641 - Theft of Money Belonging to the United States)

The United States Attorney charges that:

From on or about December 1, 2001 continuing until on or about July 2003, in the District of Massachusetts,

MARY ELLEN LABRECQUE a/k/a ELLEN LABRECQUE,

the defendant herein, willfully and knowingly did embezzle, steal, and convert to her own use, money in the approximate amount of $22,164.00, more or less, of the Social Security Administration, an agency of the United States.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__   Category No. __II__   Investigating Agency __SSA/OIG__

City __Newburyport__                  Related Case Information:

County __Essex__                      Superseding Ind./ Inf. __X__        Case No. __03-10381-NG__
                                      Same Defendant __X__   New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Mary Ellen LaBrecque__        Juvenile   ☐ Yes   ☒ No

Alias Name  __Ellen LaBrecque__

Address  __25 Barton St., Newburyport, MA__

Birth date (Year only): __1952__  SSN (last 4 #): __7878__  Sex __F__  Race: __Caucasian__  Nationality: _____

Defense Counsel if known:  __Max Stern__        Address: __90 Canal Street, Boston, MA 02114__

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __B. Stephanie Siegmann__           Bar Number if applicable  __638257__

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  __July 1, 2004__

☐ Already in Federal Custody as _____ in _____

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☒ On Pretrial Release:  Ordered by __Judge Bowler__  on __July 2, 2004__

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 12, 2005     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Mary Ellen LaBrecque a/k/a Ellen LaBrecque

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 641 | Theft of Money Belonging to the United States | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**