AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

Mary Ellen LaBrecque
a/k/a Ellen LaBrecque

WAIVER OF INDICTMENT

CASE NUMBER: 03-10381-NG

I, __Mary Ellen LaBrecque a/k/a Ellen LaBrecque__, the above named defendant, who is accused of

__violation of 18 U.S.C. §641__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 13, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer
7/13/05