**MICHAEL ISAIAH BENNETT, M.D.**
45 Cedar Road, Chestnut Hill, MA 02467-2209
Telephone and FAX: 617-738-9204
Email: ibennett@ix.netcom.com
September 29, 2005

Max Stern, Esq
Stern Shapiro Weissberg & Garin LLP
90 Canal St.
5th Floor
Boston, MA 02114

Dear Mr. Stern,
In response to your question about Ms. LaBrecque's mental capacity at the time in late 2001 when she should have terminated her social security support, I recollect the following, after reviewing my clinical notes.

    Ms. LaBrecque's mood swings had been relatively stable for several years prior to that period, but at that time she began to experience severe, brief periods of depression with suicidal ideation. She was intensely anxious and afraid of harming herself and falling apart. We started to meet weekly rather than, as before, every 3 months. Possible precipitants included menopause and a family conflict brought on by her father's impending death, her sister's misappropriation of his assets, and Ms. LaBrecque's siblings' condemning her despite her having protected them, during childhood, from their father's violence. We were unable to control these depressive episodes with medication changes. Her lithium level behaved unpredictably and antidepressants were ineffective and/or threatened to precipitate mania. In the end, she elected to begin estrogen treatment, despite the high risk of recurrent breast cancer, because it was the only thing that stabilized her. She was desperately afraid of being hospitalized for depression and of becoming destitute from the medical cost of severe illness. When she visited England in early 2002, she began to calm down because she could see a way to survive. She was more distanced from her family and had access to free health care. I believe she was in "survival mode," trying to do one thing at a time while fending off suicidal mood swings and fears of financial ruin, and did not start coping appropriately with her responsibilities in this country until many months later.

    As you know, her medications were abruptly withdrawn by jail authorities when she was arrested on re-entering this country, and this, unfortunately, precipitated intense suicidal feelings and a near-overdose after her release. I believe it was this kind of loss of control that Ms. LaBrecque was trying to prevent at the time she became panicked and disorganized in late 2001 and failed to terminate her social security payments.

Sincerely,

Michael I. Bennett, M.D.