On my suicide attempt:


When I arrived from England I had a three-month supply of my medications at the time I was on lithium 900 mg and a 20 mg dose of citalopram plus my routine bp and thyroid drugs.  I do not remember what else I was on.  I was excited to get home and in good spirits on the plane.  I took my last meds that morning in London.  London flight 1:00 arrived in Boston at 6:00 pm (I think)

I was arrested immediately off the plane I spent 23 hours in jail and with the flight and jet lag I was off my meds for about 30 hours.   During my time in jail I had decompensated I was rapid cycling to such a degree I was terrified which made things worse.  The spinning and rage in my brain was so intense I wanted to hide to run anything to get out of my head.   I had not slept at all through this.

I took a cab to Newburyport after I was released I could not manage public transportation.  I took 3? Lithium and got myself to Newburyport.   I was staying at a friend's empty condo because mine was rented.   I called and told my friends I had arrived and would be crashing for a day or so.  This was normal for me because I had such a hard time with jet lag.  I did not tell anyone about my arrest.  I took meds and Melatonin to try to sleep.  The next day or so was a blur I was medicating myself but felt more and more in zombie state with my brain whirling a mile a minute. I looked awful.  At some point I decided that I just could not do anymore in this world I had lost everything and I just did not have it to pick myself up by the 'bootstraps'   At this point my first lawyer (Conrad) and my probation lady are hitting me with bail and property issues and phone. I could not cope with this and became hostile, rapid cycling, and depressed.   I decided to overdose but I did not want to do it at my friend's home.   I decided to pack a backpack with my meds and take a long sleep out at the refuge beach in the dunes.   I decided it was the best place because I loved it out there and great irony since the feds owned it and they would have to pick up my body.    Why didn't I call Dr. Bennett?  Because he would stop me from suicide and I knew it.  I wanted to be at peace all of the fight in me was gone.   I took a couple of tranquillisers then two of my friends showed up (Kris and Paul) At this point the front page article about me had hit.  I was very upset and Kris and Paul stayed with me I eventually fell asleep.  My friends watched me like a hawk and I saw Dr. Bennett soon after.  Although I am on 60 mg of the antidepressant Lexapro I continue to have depressions and suicidal thoughts.