September 27, 2005

Justice Nancy Gertner
Federal District Court
Boston, Massachusetts

Dear Judge Gertner,

    I am writing on behalf of my close friend Mary Ellen LaBrecque (Ellen). I have known Ellen since 1966. At that time we were teenagers working at a local nursing home. I am familiar with most of the life challenges that Ellen has had...her alcoholic father, her diagnosis of bi polar at age 25, the loss of her baby at age 27, breast cancer, the death of her mother and father, and the removal of assets by her siblings from her parent's estate.
    Over the years, she has managed her life with inconsistent and minimal support from her dysfunctional family. While Ellen has actively sought and received help through counseling and therapy, her family has turned its back on her. At this point, they are essentially estranged.
    Ellen cares deeply for her friends. I must say that the feeling is mutual. She has always been very generous with everything that is hers to give. Many times she has provided a meal and a bed to a friend in need. Her time is yours if requested. She is always available to listen, to run an errand, to baby sit. She is smart and non-judgmental. She accepts her friends as they are...as her friends accept her. I trust her with everything that is mine.
    Ellen's health has often affected her ability to work consistently. However, I have seen her time after time pick herself up by the bootstraps and start again. She has worked her way through school(s) and paid for her education without help. She has been resilient and resourceful. Her inner strength never ceases to amaze me. As a health care professional, I often use my anonymous friend Ellen as an example of a successful person with a diagnosis of bi polar.
    I am saddened to see how rough this latest challenge has been on her. She has been humiliated both professionally and personally. She has lost her income and a job that she loved. She has been financially devastated. I cannot presume to guess how crippling this has been for her emotionally. BUT, the Ellen I know and love will survive. She will do this with the help of her friends and doctors. She will do this with the help of a compassionate judicial system. I want to thank you for your consideration in this case.

Sincerely,

*Janet M Treece*
Janet M Treece

September 26, 2005

The Honorable Nancy Gertner
U.S. District Court for the District of MA
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Mary Ellen LaBrecque

Your Honor:

I am writing to you on behalf of Mary Ellen Labrecque (Ellen). Ellen and I met in our first year of law school in 1986, where we were both enrolled in the evening program at The New England School of Law. She and I became fast friends and have maintained that friendship ever since.

Over the years our friendship has never wavered and in fact has grown stronger, and we have seen each other through many tough times. I have seen her struggle with her bipolar disorder, which is a devastating and potentially deadly illness (my brother-in-law suffered from this disease and he committed suicide some years ago; Ellen helped me through that). To her credit Ellen has always been vigilant about the treatment for this disorder; despite that, however, sometimes there's just nothing she can do but ride out the symptoms, given the vagaries of this disease.

For Ellen the past 5 or so years have been particularly tough; the death of her mother from breast cancer left her shattered (this coming on the heels of Ellen's own breast cancer diagnosis), but she is a survivor and I have enormous respect for her ability to deal with everything she's been dealt.

She is like a sister to me and is always there for me whenever I need her, despite her troubles. She is, as they say, the genuine article, and I will be forever grateful for having her in my life.

Very truly yours,

Katleen M. Kugelmann

October 4, 2005

To Justice Nancy Gertner,

I have known Ellen LaBrecque since the mid-80's. At the time we met, I was a young widow with small children. I was extremely protective of them as I tried to forge a new life and a career. I let very few new people into their lives. After knowing Ellen for just a short while, I could tell that she was the type of person that I wanted my little family to meet and learn with and grow up having as a close friend. She has been there for all three of my children all their growing years, from in the middle of the night emergencies to college visits.

I was always impressed with Ellen's strength and abilities. I found it admirable that she put herself through college and law school while working full time in a high level position. When breast cancer made running a law practice too physically demanding, she transferred her focus to teaching and made a success of that.

I valued her common sense approach to things and her good advice. I found her to be reliable and good to her word, qualities that are very important to me and that are not often found. I have seen that she is trustworthy and honest.

I knew that Ellen did not enjoy strong physical health as she suffers from allergies, infections, and multiple other maladies. In less than one year, both her mother and father died, and there were horrific family disputes. Then I discovered that she has suffered from bi-polar disorder for decades!! I don't know how the woman is still standing.

I believe that Ellen is a truly good person. I would have no hesitation to put my fortunes or my future in Ellen's hands. I trust her completely.

Elizabeth Bear Wik
Five 77th Street
Plum Island, Newburyport, MA 01950
978-462-8954