UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10381-NG |
| | ) |
| MARY ELLEN LABRECQUE, | ) |
|    a/k/a ELLEN LABRECQUE, | ) |
|          Defendant. | ) |
| | ) |
| | ) |

### UNITED STATES' MOTION FOR RELEASE OF LIS PENDENS

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the Lis Pendens recorded at the Essex South District Registry of Deeds against the real property located at 25 Barton Street, Newburyport, Massachusetts (the "Defendant Property").

As grounds for this motion, the United States submits that it is no longer seeking forfeiture of the Defendant Property in connection with the above-referenced criminal action.

WHEREFORE, the United States requests that the Court authorize the Lis Pendens to be released. A proposed Release of Lis Pendens is submitted herewith for consideration by the Court.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ B. Stephanie Siegmann
> B. STEPHANIE SIEGMANN
> Assistant U.S. Attorney
> 1 Courthouse Way
> Suite 9200
> Boston, MA  02210
> (617) 748-3100

Dated: October 2, 2005

CERTIFICATE OF SERVICE

I, B. Stephanie Siegmann, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Release of Lis Pendens, as well as the proposed Release of Lis Pendens, were served upon Max Stern, Esquire, Stern, Shapiro, Weissberg & Garin, LLP, 90 Canal Street, Boston, Massachusetts 02114, as Counsel for the Defendant, Mary Ellen LaBrecque, and upon Veronica C. Viveiros, Esquire, Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, Massachusetts 02461, by first class mail, postage prepaid this 2nd day of October 2005.

> /s/ B. Stephanie Siegmann
> B. Stephanie Siegmann
> Assistant U.S. Attorney