UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 03-10381-NG |
| | ) | |
| v. | ) | Record Owner: |
| | ) | Mary Ellen LaBrecque |
| MARY ELLEN LABRECQUE, | ) | |
| a/k/a ELLEN LABRECQUE, | ) | Property: |
| Defendant. | ) | 25 Barton Street |
| | ) | Newburyport, Massachusetts |
| | ) | |
| | ) | Deed |
| | ) | Book 9710, Page 317 |

## RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against the real property located at 25 Barton Street, Newburyport, Massachusetts (the "Defendant Property"). For title to the Defendant Property, see Deed recorded at Book 9710, Page 317, of the Essex South District Registry of Deeds, in the name of Mary Ellen LaBrecque, reflecting the conveyance of the property on September 23, 1988, by deed of Brabo Real Estate Trust to Mary Ellen LaBrecque.

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on August 9, 2004, at the Essex

South District Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 2nd day

of October, 2005.

<div style="margin-left: 40%;">

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By: B. STEPHANIE SIEGMANN
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA   02210

</div>

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                        Boston

Then personally appeared the above named B. Stephanie
Siegmann, Assistant United States Attorney, and acknowledged the
foregoing to be true to the best of her knowledge, information,
and belief, and to be her free act and deed on behalf of the
United States of America.

Subscribed to and sworn before me this 2nd day of October,
2005.

Notary Public
My commission expires: 12/4/05

SO ORDERED AND ENDORSED:

NANCY GERTNER
United States District Judge
Date: 10/5/05

2