UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>                           )<br>        v.                    )<br>                           )<br>MARY ELLEN LABRECQUE, )<br>    a/k/a ELLEN LABRECQUE )<br>    Defendant. )<br>_____) | CR No. 03-CR10381 NG |

## **MOTION FOR RETURN OF DEFENDANT'S PASSPORT**

Defendant hereby moves that the Court order that her passport be returned to her. In support defendant says as follows:

    1. Pursuant to the conditions of her pre-trial release, defendant surrendered her passport to Pre-Trial Services.

    2. Defendant has pled guilty, and has been sentenced to two years probation. The Court has indicated that it will consider a motion to terminate the probation after the defendant has satisfied her restitution obligation, in order to permit her to return to Great Britain where she most recently resided before this prosecution.

    3. Defendant is informed that it is the practice of Pre-Trial Services, upon sentence of a defendant and in the absence of a court order to the contrary, to transmit the passport to the United States State Department.

    4. Transfer of the passport to the State Department will unnecessarily complicate and delay defendant's plans to return to Great Britain, where she will be immediately eligible for needed medical care.

    5.  Defendant, of course, understands that, passport or not, she will not be permitted to travel outside the United States without permission

<div style="margin-left:50%">
Respectfully submitted,

/s/ *Max D. Stern*

Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800
</div>

Dated: October 20, 2005

G:\SSWG\LABRECQUE\passport motion.wpd