```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
     v.                        )    Criminal No. 03-10381-NG
                               )
MARY ELLEN LABRECQUE,          )
     a/k/a ELLEN LABRECQUE,    )
                               )
     Defendant.                )
```

**GOVERNMENT'S OPPOSITION *IN PART* TO
DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

The United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby opposes, in part, Defendant's Motion for return of her passport. The Government does not oppose returning the Defendant's passport after she has successfully served her two year (unless earlier terminated by the Court) sentence of probation.  The Government, however, opposes returning the Defendant's passport at this time. Alternatively, the Government recommends that pretrial services transfer possession of the Defendant's passport to Defendant's probation officer.  At the conclusion or termination of her term of probation, Defendant's probation officer will then transfer it to the Defendant.  No harm will result from this recommendation as the terms of the Defendant's probation prohibit the Defendant

1

from traveling outside the United States.

                        Respectfully submitted,
                        MICHAEL J. SULLIVAN
                        United States Attorney

              By:   /s/ B. Stephanie Siegmann
                    B. Stephanie Siegmann
                    Assistant U.S. Attorneys

Dated: November 3, 2005


CERTIFICATE OF SERVICE

    I do hereby certify that a copy of foregoing opposition was served upon the counsel listed below by electronic notice on this 3rd day of November 2005:

        Max D. Stern, Esq.

        /s/ B. Stephanie Siegmann
        B. Stephanie Siegmann
        Assistant U.S. Attorney