

# MEMORANDUM

**DATE:** June 21, 2006

**REPLY TO** Craig A. Orze
U.S. Probation Officer

**ATTN OF:** Mary Ellen LaBrecque
Docket # 03-10381- NG

**SUBJECT:** **UPDATE REGARDING RESTITUTION PAYMENT**

**TO:** Honorable Nancy Gertner
U.S. District Court Judge

---

On October 5, 2005, Ms. LaBrecque appeared before Your Honor, having previously pled guilty to Theft of Public Money Belonging to the United States. She was sentenced to a two (2) year term of probation. The Court ordered her to participate in mental health treatment as directed by the U.S. Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; the defendant is to pay the balance of restitution according to a court ordered repayment schedule; if ordered, the defendant shall make a lump sum payment of $34,808 which would be due immediately; In addition a special assessment of $100 was ordered. The special assessment has been paid in full.

The purpose of this correspondence is to update Your Honor regarding Ms. LaBrecque's restitution obligation and her attempt to pay the amount in full. Ms. LaBrecque has not made a restitution payment to date because she remains unemployed and is still in the process of selling her condo which will enable her to present a lump sum payment. She has attempted to secure viable employment however her mental health issues have interfered with the process. Ms. LaBrecque is now applying for disability benefits based on her mental health problems. She has had her condo on the real estate market for the past eight months however she has been unable to secure a buyer. Since the last memorandum sent to Your Honor in February 2006, Ms. LaBrecque has lowered the price twice on her condo and secured a new Realtor. In addition, she has run into problems related to the small amount of money held in reserve for Brabo Trust Property which funds the common area maintenance requirements in her building. Prospective buyers have expressed concerns regarding the limited reserves and it has influenced a number of individuals in not making an offer on her condo. Ms. LaBrecque has submitted a formal Demand for Relief to Brabo Trust Property with the hope that this matter can be resolved quickly, so it no longer impedes the sale of her condo.

Considering Ms. LaBrecque's unemployment status, the circumstances slowing the sale of her condo and the Court having placed a lien against her condo, the Probation Office would request a four (4) month extension of the previous deferment of her restitution payments. The extension of the deferment will provide Ms. LaBrecque a reasonable amount of time to resolve her Trust problems and sell her condo. If after this extension, Ms. LaBrecque has not sold her condo, the Probation Office will notify the Court and a status hearing may be requested.

If Your Honor concurs with the four (4) month extension of the previous deferment of payments, please advise by signing below.

Reviewed & Approved by:

Brian McDonald
Supervising U. S. Probation Officer

Approved:

Honorable Nancy Gertner
U. S. District Court Judge