**ABLITT & CHARLTON, P.C.**
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995
Fax: (781) 246-8994

*FILED*
*CLERKS OFFICE*
*2007 FEB -5  P 3: 27*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

BY CERTIFIED AND REGULAR MAIL

01/30/2007

Clerk of the United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210-3002
60.0524 / Labrecque

## NOTICE OF MORTGAGE FORECLOSURE SALE

Re:   Countrywide Home Loans/ Mary Ellen Labrecque

   Property Address: 25 Barton Street, Unit No.3 of the Brabo Condominium, Newburyport, MA

Dear Sir or Madam:

Pursuant to M.G.L. c. 244 sec. 14, as amended, enclosed is a copy of the Notice of Mortgagee's Sale of Real Estate.

This notice is provided to you because an examination of the record title shows that you held an interest of record in the property thirty (30) days prior to the sale.

Cordially,

Present holder of mortgage
By its Attorney,

Arthur F. Ashton, Esq.
60.0524 / Labrecque
CERTIFIED MAIL NO. 7006 2760 0001 5623 9967
RETURN RECEIPT REQUESTED

## NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Mary Ellen Labrecque to Mortgage Electronic Registration Systems, Inc. as nominee for Advanced Financial Services, Inc., dated September 21, 2001 and recorded with the Essex County (Southern District) Registry of Deeds at Book 17683, Page 308, of which mortgage Countrywide Home Loans is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 2:00 PM on February 28, 2007, on the mortgaged premises located at 25 Barton Street, Unit No. 3 of the Brabo Condominium, Newburyport, MA 01950, all and singular the premises described in said mortgage,

TO WIT:

The dwelling Unit in Newburyport, Essex County, Massachusetts, known as UNIT NO. 3 in the BRABO CONDOMINIUM located at 25 Barton Street, in said Newburyport, created by the Grantor pursuant to Chapter 183A of the Massachusetts General Laws by a Master Deed dated March 1, 1988 and recorded with Essex South District Registry of Deeds 9434, page 437, together with a 26.0 per cent undivided interest in the Common Areas and Facilities as described in said Master Deed.

For mortgagor's title see deed recorded with Essex County (Southern District) Registry of Deeds Book 9710, Page 317 .

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, right of ways, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of TEN THOUSAND ($10,000.00) DOLLARS by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Ablitt & Charlton, P.C., 92 Montvale Avenue, Suite 2950, Stoneham, MA 02180, other terms and conditions will be provided at the place of sale. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

OTHER TERMS, IF ANY, TO BE ANNOUNCED AT THE SALE.

Present holder of said mortgage

By its Attorneys,

_____
Arthur F. Ashton, Esq.
Ablitt & Charlton, P.C.
92 Montvale Avenue, Suite 2950
Stoneham, MA 02180
(781) 246-8995

Dated: 01/30/2007

60.0524 / Labrecque