**ABLITT & CHARLTON**
92 Montvale Avenue
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995
Fax: (781) 246-8994



BY: REGULAR MAIL

02/28/2007

Clerk of the United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210-3002
60.0524/Labrecque

Re:   Countrywide Home Loans v. Mary Ellen Labrecque

   Property Address: 25 Barton Street, Unit No.3 of the Brabo Condominium, Newburyport, MA

To Whom It May Concern:

This is to inform you that the foreclosure sale on the above-referenced property has been postponed until April 30, 2007 at 10:00 AM

Very truly yours,

Jessy Pervez, Paralegal

**PLEASE BE ADVISED THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**