

# MEMORANDUM

▬▬▬▬▬▬▬▬▬▬

**To:** Honorable Nancy Gertner, U.S. District Judge
**From:** Thomas C. Mullen III, U.S. Probation Officer
**Re:** LaBrecque, Mary Ellen (Dkt#03-10381-NG)
**Date:** September 24, 2007

**Request to Terminate Supervised Release as Scheduled**

On October 5, 2005, the above named individual appeared before Your Honor following a plea of guilty to Theft of Public Money Belonging to the United States, in violation of 18 U.S.C. § 641 and was sentenced to a two (2) year term of Probation. Restitution in the amount of $34,808, and a $100 special assessment was imposed at that time.

Since commencing her term of Probation on October 7, 2005, Ms. LaBrecque has abided by the terms of probation imposed by the Court, has incurred no new criminal charges and has reported to the Probation Office as directed. She is currently unemployed and collecting Social Security Disability Income Benefits while residing alone. Ms. LaBrecque is currently having her entire monthly SSDI benefit, in the amount of $1,270.00, withheld by the Social Security Administration as restitution payment. As of September 24, 2007, her remaining balance was $4,027.75. She satisfied her Court ordered Special Assessment of $100 on February 15, 2006. Ms. LaBrecque's term of probation is due to expire on October 4, 2007.

I am requesting permission from Your Honor to inform the Financial Litigation Unit of Ms. LaBrecque's pending expiration. It is the opinion of the Probation Office that Ms. LaBrecque has paid to the best of her ability and the recommendation would be to terminate her Probation as scheduled on October 4, 2007. Unless Your Honor has any objection to this recommendation, the U.S. Probation Office will terminate Ms. LaBrecque's term of Probation as scheduled and notify the Financial Litigation Unit of her expiration so they may proceed to continue to collect her restitution if they so deem appropriate.

Reviewed and Approved by:

/s/ Joseph F. LaFratta
Joseph F. LaFratta
Supervising U.S. Probation Officer

THE COURT
[✓] I Concur
[ ] I do not Concur

Honorable Nancy Gertner
U.S. District Judge

9/24/07
Date