UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>          )<br>  v.         )<br>          )<br>MARY ELLEN LABRECQUE, )<br>  a/k/a ELLEN LABRECQUE )<br>  Defendant. )<br>_____) | CR No. 03-CR10381 NG |

## MOTION FOR DISCHARGE OF MORTGAGE

The defendant, Mary Ellen Labrecque, moves that the Court issue a discharge of the mortgage which she gave to the Clerk of the United States District Court on July 14, 2004, to secure her appearance in this Court. In support thereof, defendant says that she complied with all requirements to appear, and that judgment has entered in the case. Attached hereto are a copy of the Mortgage and a proposed Discharge.

            Respectfully submitted,

              /s/ Max D. Stern
            Max D. Stern
            BBO No. 479560
            Stern, Shapiro, Weissberg
             & Garin, LLP
            90 Canal Street, Suite 500
            Boston, MA 02114-2022
            (617) 742-5800

Dated: November 14, 2007

          **CERTIFICATE OF SERVICE**

          I hereby certify that this document(s) filed through
          ECF system will be sent electronically to the registered participants
          as identified on the Notice of Electronic Filing (NEF) and paper
          copies will be sent to those indicated as non registered participants on
          11/14/2007   .
              /s/Max D. Stern