## **DISCHARGE OF MORTGAGE**

**THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS**, 1 COURTHOUSE WAY, BOSTON, MASSACHUSETTS, HOLDER OF MORTGAGE FROM MARY ELLEN LABRECQUE TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DATED JULY 14, 2004 AND RECORDED WITH ESSEX COUNTY REGISTER OF DEEDS AT BOOK NO. 2318, PAGE NO. 95, ACKNOWLEDGES SATISFACTION OF SAME.

IN WITNESS WHEREOF, THE SAID **CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS**, HAS CAUSED THESE PRESENCE TO BE SIGNED IN HIS NAME AND BEHALF BY                    ,DEPUTY CLERK, THIS     DAY OF NOVEMBER, 2007.

        **CLERK, UNITED STATES DISTRICT COURT**
        **BY**

_____

Locus: 25 Barton Street, Unit 3, Newburyport, MA.


### **THE COMMONWEALTH OF MASSACHUSETTS**

*Suffok Courty, SS.*                                              NOVEMBER    , 2007

THEN PERSONALLY APPEARED THE ABOVE NAMED              , DEPUTY CLERK, AND ACKNOWLEDGE THE FOREGOING INSTRUMENT TO BE HIS/HER FREE ACT AND DEE AND THAT OF THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS.  SUBSCRIBED AND SWORN BEFORE ME.


_____