# DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Mary Ellen Labrecque, to the Clerk of the United States District Court for the District of Massachusetts, for property located at 25 Barton Street, Unit 3, Newburyport, 01950 dated July 15, 2004 and recorded in the official records of the Essex County Registry of Deeds at book 23128 and page 095 acknowledge satisfaction of the same.

Witness my hand and seal this 28 day of November, 2007

Sarah Allison Thornton, Clerk
United States District Court District
of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 11/28/2007

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public My commission expires:



NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013