

# M E M O R A N D U M

**To:** Honorable Nancy Gertner, U.S. District Judge
**From:** Thomas C. Mullen III, U.S. Probation Officer
**Re:** LaBrecque, Mary Ellen (Dkt#03-10381-NG)
**Date:** October 15, 2007

On October 5, 2005, the above named individual appeared before Your Honor following a plea of guilty to Theft of Public Money Belonging to the United States, in violation of 18 U.S.C. § 641 and was sentenced to a two (2) year term of Probation. Restitution in the amount of $34,808, and a $100 special assessment was imposed at that time.

Ms. LaBrecque completed her term of Probation on October 4, 2007. On October 20, 2005 a motion was filed by Ms. LaBrecque's counsel seeking to have her passports returned. On November 8, 2005 Your Honor ordered that Ms. LaBrecque's passport be turned over to U.S. Probation until the court orders otherwise. I am seeking the Courts guidance relative to the return of Ms. LaBrecque's passport.


Reviewed and Approved by:


__/s/Joseph F. LaFratta_____

Joseph F. LaFratta

Supervising U.S. Probation Officer

---

THE COURT

[X] Return passports to Ms. Labrecque
[ ] Retain them until Court orders otherwise


_____          11/7/07
Honorable Nancy Gertner              Date
U.S. District Judge